N. E. D. HOLDING Co., INC., Respondent, v. EUGENE F. MCKINLEY and YOUNG MEN'S CHRISTIAN ASSOCIATION OF WHITE PLAINS, N. Y., Defendants. EDWIN B. DAY and Others, Appellants.— Order denying defendants' motion to dismiss complaint and for judgment reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the paper writing in question does not contain all the terms of a complete contract and indicates that the parties contemplated further negotiations to

reach a meeting of minds on all the essential terms.  Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.